# EXHIBIT "A"

**(Summons and Complaint and Proof of Service on CT Corporation System)**

E-FILED IN OFFICE - EP
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-01394-S4**
3/9/2022 3:43 PM
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**Ruben Olmos**

**3500 Lenox Road, NE Suite 1500**

**Atlanta, GA 30326**

22-C-01394-S4

CIVIL ACTION
NUMBER:_____

PLAINTIFF

VS.

Target Corporation c/o CT Corporation System

**289 S. Culver Street**

**Lawrenceville, GA 30046**

DEFENDANT

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Ryan Rucker, Esq
3500 Lenox Road, NE; Suite 1500
Atlanta, GA 30326
P- 770.756.6333 Email: Ryan@DressieLaw.com

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of ___9th day of March, 2022_____, 20____.

Tiana P. Garner
Clerk of State Court

By_____
Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

E-FILED IN OFFICE - EP
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
22-C-01394-S4
3/9/2022 3:43 PM
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| RUBEN OLMOS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>　　　　　　Defendant. | CIVIL ACTION　22-C-01394-S4<br>FILE NO.: _____ |

### JURY TRIAL DEMANDED

### COMPLAINT

COMES NOW RUBEN OLMOS, plaintiff, and makes and files this complaint against defendant Target Corporation, as follows:

### PARTIES AND JURISDICTION

1.

Plaintiff Ruben Olmos is a resident of the State of Georgia and is subject to the jurisdiction of this court.

2.

Defendant Target Corporation is a foreign profit corporation licensed to do business in the State of Georgia with its principal place of business located at 1000 Nicollet Mall, Minneapolis, Minnesota 55403 and may be served through its registered agent CT Corporation System at 289 S. Culver Street, Lawrenceville, Georgia, 30046, and is subject to the jurisdiction of this court.

3.

Jurisdiction and venue are proper in this court.

- 1 -

## BACKGROUND

4.

On or about January 9, 2021, Plaintiff was an invitee of Target Corporation located at 1905 Scenic Highway in Snellville, GA.

5.

At that time and place, Plaintiff was bending over to locate an item to purchase when a metal object fell and struck Plaintiff in the head and neck.

6.

On this date, a metal object fell from above a display stand and struck the Plaintiff in the head causing excruciating pain and injuries.

7.

At no time prior to this incident was Plaintiff aware that the metal object was not properly secured and would fall upon him.

8.

There were no signs or warnings in the area to warn Plaintiff of the hazard at the time of the incident.

9.

Defendant had exclusive ownership, possession and control over the store and the area in which Plaintiff was injured.

10.

On this date Defendant failed to operate their business in a safe manner and provide a safe environment for their patrons.

11.

As a direct and proximate result of the negligence and failure of Defendant to exercise ordinary care while operating their business to the public, an incident occurred in which the Plaintiff was struck in the head by a falling metal object on their premise.

12.

As a result of the incident, Plaintiff suffered severe and permanent injuries, has lost wages, and incurred medical expenses.

## COUNT 1
### PREMISES LIABILITY

13.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 12 above as if fully restated.

14.

Plaintiff was an invitee on the premises at the time that he was struck by the metal object.

15.

Defendant owed a nondelegable duty of reasonable care in keeping the premises safe for invitees such as Plaintiff.

16.

Defendant was negligent in failing to properly inspect the area where the incident occurred, in failing to remove the hazardous condition, in failing to take adequate measures to protect invitees from the hazard and in failing to keep the premises safe for invitees.

17.

Defendant's negligence was the proximate cause of Plaintiff's injuries.

## COUNT 2
### VICARIOUS LIABILITY

18.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 17 above as if fully restated.

19.

At all times relevant to this action, the individuals responsible for inspecting, repairing, cleaning, and maintaining the area where plaintiff was injured were employed by defendant and were acting within the scope of their employment.

20.

Defendant is responsible for the conduct of these individuals under the doctrine of respondeat superior, agency or apparent agency.

## COUNT 3
## NEGLIGENT TRAINING & SUPERVISION

21.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 20 above as if fully restated.

22.

Defendant was negligent in failing to adopt appropriate policies and procedures to make sure that appropriate inspections for hazardous conditions were performed on the premises and in failing to train its employees concerning safety procedures for inspecting and maintaining the premises free of hazards.

23.

Defendant was negligent in training and supervising its staff.

## DAMAGES

24.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 23 above as if fully restated.

25.

As a result of defendant's conduct, plaintiff has incurred past medical expenses and will continue to incur medical expenses in the future.

26.

As a result of defendant's conduct, plaintiff has incurred mental and physical pain and suffering and will continue to experience pain and suffering in the future.

**27.**

As a result of defendant's conduct, plaintiff has incurred past and future lost wages.

### CLAIMS FOR RELIEF

WHEREFORE, plaintiff prays that he has a trial on all issues and judgment against defendant as follows:

(a) That plaintiff recover the full value of past and future medical expenses and past and future lost wages in an amount to be proven at trial;

(b) That plaintiff recover for mental and physical pain and suffering and emotional distress in an amount to be determined by the enlightened conscience of the jury;

(c) That plaintiff recover such other and further relief as is just and proper;

(d) That all issues be tried before a jury.

This 9th day of March, 2022

*THE DRESSIE LAW FIRM*

By: __Ryan Rucker__
*Ryan Rucker*
Georgia Bar No. *199347*
Attorney for Plaintiff
3500 Lenox Road
Suite 1500
Atlanta, GA 30326
Phone: 770.756.6333
Fax: 770.756.6680
E-mail: Ryan@DressieLaw.com

E-FILED IN OFFICE - EP
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-01394-S4**
3/9/2022 3:43 PM
TIANA P. GARNER, CLERK

**General Civil and Domestic Relations Case Filing Information Form**

☐ Superior or ☒ State Court of <u>Gwinnett</u> County

| For Clerk Use Only | |
|---|---|
| Date Filed _____ MM-DD-YYYY | Case Number __22-C-01394-S4__ |

**Plaintiff(s)**
Olmos, Ruben
Last, First, Middle I., Suffix, Prefix

**Defendant(s)**
Target Corporation
Last, First, Middle I., Suffix, Prefix

Plaintiff's Attorney: Ryan Rucker   Bar Number: 199347   Self-Represented ☐

**Check One Case Type In One Box**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____ Case Number    _____ Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.18

 **CT Corporation**

**Service of Process Transmittal**
03/15/2022
CT Log Number 541229287

TO: CATHY SCHUDA
Target Corporation
1000 NICOLLET MALL, MS: TPS-3155
MINNEAPOLIS, MN 55403-2542

RE: **Process Served in Georgia**

FOR: Target Corporation (Domestic State: MN)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| TITLE OF ACTION: | Re: RUBEN OLMOS // To: Target Corporation |
| DOCUMENT(S) SERVED: | - |
| COURT/AGENCY: | None Specified<br>Case # 22C01394S4 |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Lawrenceville, GA |
| DATE AND HOUR OF SERVICE: | By Process Server on 03/15/2022 at 14:13 |
| JURISDICTION SERVED: | Georgia |
| APPEARANCE OR ANSWER DUE: | None Specified |
| ATTORNEY(S) / SENDER(S): | None Specified |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 03/15/2022, Expected Purge Date: 03/20/2022<br><br>Image SOP<br><br>Email Notification, Non Employee Litigation Target gl.legal@target.com |
| REGISTERED AGENT ADDRESS: | C T Corporation System<br>289 S. Culver St.<br>Lawrenceville, GA 30046<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of 1 / AN