# EXHIBIT "C"

**(Notice of Removal filed by Target in State Court of Gwinnett County)**

E-FILED IN OFFICE - JM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-01394-S4**
**4/13/2022 11:37 AM**
TIANA P. GARNER, CLERK

## THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| RUBEN OLMOS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. |
| vs. | * | 22-C-01394-S4 |
| | * | |
| TARGET CORPORATION, | * | |
| | * | |
| Defendant. | * | |

### NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA

TO:   CLERK, State Court of Gwinnett County

Notice is hereby given that Target Corporation, defendant in the above-styled action, has filed in the United States District Court for the Northern District of Georgia, Atlanta Division, a notice of removal of this action to the United States District Court in accordance with the provisions of 28 U.S.C. § 1441 and 28 U.S.C. § 1332. A copy of said notice is attached hereto as Exhibit "A."

This 13th day of April, 2022.

DERMER APPEL RUDER, LLC

/s/ Stephen Dermer
Stephen Dermer
Georgia Bar No. 219267
Matthew A. Ericksen, Sr.
Georgia Bar No. 304088
Attorneys for Target Corporation

708 Holcomb Bridge Road
Norcross, GA 30071
Phone – (404) 881-3542
Fax – (404) 892-8886
sdermer@darlawllc.com
mericksen@darlawllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served all counsel of record to this action with a copy of the foregoing NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA using the Odyssey E-file system which will automatically send email notification of said filing to the following attorney of record:

Ryan Rucker
*The Dressie Law Firm*
3500 Lenox Road
Suite 1500
Atlanta, GA 30326
Email: ryan@dressielaw.com

This 13th day of April, 2022.

DERMER APPEL RUDER, LLC

`

*/s/ Stephen Dermer*
Stephen Dermer
Georgia Bar No. 219267
Matthew A. Ericksen, Sr.
Georgia Bar No. 304088
*Attorneys for Target Corporation*

708 Holcomb Bridge Road
Norcross, GA 30071
Phone - (404) 881-3542
Fax – (404) 892-8886
sdermer@darlawllc.com
mericksen@darlawllc.com

# EXHIBIT "A"

**(Notice of Removal with Exhibits A-C)**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RUBEN OLMOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File No. |
| | ) | |
| TARGET CORPORATION | ) | _____ |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

COMES NOW Target Corporation ("Target" or "defendant"), the named defendant in the above-referenced matter, and files this Notice of Removal, respectfully showing the Court as follows:

1.

On March 9, 2022, plaintiff Ruben Olmos filed suit against Target in the State Court of Gwinnett County, Georgia. Target was served with process on March 15, 2022. A copy of the complaint and "all process, pleadings, and orders served upon" Target in the state court action are attached hereto as Exhibit "A."

1

2.

In this civil action, plaintiff seeks to recover for personal injuries arising from a January 9, 2021 accident that occurred at the Target store located in Snellville, Georgia. (Complaint, ¶¶ 4-12).

3.

Plaintiff states that he was struck in the head by a falling metal object and suffered severe and permanent injuries. (Complaint, ¶¶ 11-12).

4.

Prior to filing his lawsuit the plaintiff provided an itemization of his claimed medical expenses which total over $70,000. Additionally, plaintiff has previously stated that he may be seeking recovery for over $163,000 in projected future medical expenses.

5.

Based on the foregoing, Target has determined that there is a good faith basis to believe that the amount in controversy exceeds $75,000.00 and that removal to this Court under 28 U.S.C. §1332 is appropriate.

6.

Based on information provided to Target, plaintiff is a Georgia resident for purposes of 28 U.S.C. § 1332. (Complaint, ¶ 1).

7.

Target Corporation is a Minnesota corporation with its principal place of business in Minneapolis, Minnesota. (Certificate of Incorporation, State of Minnesota, attached hereto as Exhibit "B").

7.

This Court has diversity jurisdiction over this suit under 28 U.S.C. § 1332 because (1) the two parties, plaintiff and Target, are citizens of different states; and (2) the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

8.

Attached as Exhibit "C" is a copy of the Notice of Removal filed by Target in the State Court of Gwinnett County.

9.

By service of a copy of this Notice of Removal as evidenced by the certificate of service attached, Target hereby gives notice of such removal to plaintiff.

WHEREFORE, Target prays that the State Court of Gwinnett County, Georgia, proceed no further and that this suit be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 13th day of April, 2022.

*[**Signature on next page**]*

DERMER APPEL RUDER, LLC

*/s/ Stephen Dermer*
Stephen Dermer
Georgia Bar No. 219267
Matthew A. Ericksen, Sr.
Georgia Bar No. 304088
*Attorneys for Target Corporation*

708 Holcomb Bridge Road
Norcross, GA 30071
Phone - (404) 881-3542
Fax – (404) 892-8886
sdermer@darlawllc.com
mericksen@darlawllc.com

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 13, 2022, I served all counsel of record to this action with a copy of the foregoing NOTICE OF REMOVAL by e-filing the document into the CM/ECF filing system and by depositing a true and correct copy thereof in the United States mail, postage prepaid, properly addressed upon:

Ryan Rucker
*The Dressie Law Firm*
3500 Lenox Road
Suite 1500
Atlanta, GA 30326
Email: ryan@dressielaw.com

This 13th day of April, 2022.

DERMER APPEL RUDER, LLC

*/s/ Stephen Dermer*
Stephen Dermer
Georgia Bar No. 219267
Matthew A. Ericksen, Sr.
Georgia Bar No. 304088
*Attorneys for Target Corporation*

708 Holcomb Bridge Road
Norcross, GA 30071
Phone - (404) 881-3542
Fax – (404) 892-8886
sdermer@darlawllc.com
mericksen@darlawllc.com

# EXHIBIT "A"

**(Summons and Complaint and Proof of Service on CT Corporation System)**

IN THE STATE COURT OF GWINNETT COUNTY

E-FILED IN OFFICE - EP
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
22-C-01394-S4
3/9/2022 3:43 PM
TIANA P. GARNER, CLERK

STATE OF GEORGIA

**Ruben Olmos**

**3500 Lenox Road, NE Suite 1500**

**Atlanta, GA 30326**

22-C-01394-S4

CIVIL ACTION
NUMBER:_____

PLAINTIFF

VS.

Target Corporation c/o CT Corporation System

**289 S. Culver Street**

**Lawrenceville, GA 30046**

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Ryan Rucker, Esq
3500 Lenox Road, NE; Suite 1500
Atlanta, GA 30326
P- 770.756.6333 Email: Ryan@DressieLaw.com

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 20____.
                              9th day of March, 2022

Tiana P. Garner
Clerk of State Court

By _____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

E-FILED IN OFFICE - EP
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
22-C-01394-S4
3/8/2022 3:43 PM
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

RUBEN OLMOS,

               Plaintiff,

v.

TARGET CORPORATION,

               Defendant.

CIVIL ACTION   22-C-01394-S4

FILE NO.: _____

### JURY TRIAL DEMANDED

### COMPLAINT

COMES NOW RUBEN OLMOS, plaintiff, and makes and files this complaint against defendant Target Corporation, as follows:

### PARTIES AND JURISDICTION

**1.**

Plaintiff Ruben Olmos is a resident of the State of Georgia and is subject to the jurisdiction of this court.

**2.**

Defendant Target Corporation is a foreign profit corporation licensed to do business in the State of Georgia with its principal place of business located at 1000 Nicollet Mall, Minneapolis, Minnesota 55403 and may be served through its registered agent CT Corporation System at 289 S. Culver Street, Lawrenceville, Georgia, 30046, and is subject to the jurisdiction of this court.

**3.**

Jurisdiction and venue are proper in this court.

-1-

## BACKGROUND

**4.**

On or about January 9, 2021, Plaintiff was an invitee of Target Corporation located at 1905 Scenic Highway in Snellville, GA.

**5.**

At that time and place, Plaintiff was bending over to locate an item to purchase when a metal object fell and struck Plaintiff in the head and neck.

**6.**

On this date, a metal object fell from above a display stand and struck the Plaintiff in the head causing excruciating pain and injuries.

**7.**

At no time prior to this incident was Plaintiff aware that the metal object was not properly secured and would fall upon him.

**8.**

There were no signs or warnings in the area to warn Plaintiff of the hazard at the time of the incident.

**9.**

Defendant had exclusive ownership, possession and control over the store and the area in which Plaintiff was injured.

**10.**

On this date Defendant failed to operate their business in a safe manner and provide a safe environment for their patrons.

**11.**

As a direct and proximate result of the negligence and failure of Defendant to exercise ordinary care while operating their business to the public, an incident occurred in which the Plaintiff was struck in the head by a falling metal object on their premise.

12.

As a result of the incident, Plaintiff suffered severe and permanent injuries, has lost wages, and incurred medical expenses.

## COUNT 1

### PREMISES LIABILITY

13.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 12 above as if fully restated.

14.

Plaintiff was an invitee on the premises at the time that he was struck by the metal object.

15.

Defendant owed a nondelegable duty of reasonable care in keeping the premises safe for invitees such as Plaintiff.

16.

Defendant was negligent in failing to properly inspect the area where the incident occurred, in failing to remove the hazardous condition, in failing to take adequate measures to protect invitees from the hazard and in failing to keep the premises safe for invitees.

17.

Defendant's negligence was the proximate cause of Plaintiff's injuries.

## COUNT 2

### VICARIOUS LIABILITY

18.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 17 above as if fully restated.

19.

-3-

At all times relevant to this action, the individuals responsible for inspecting, repairing, cleaning, and maintaining the area where plaintiff was injured were employed by defendant and were acting within the scope of their employment.

20.

Defendant is responsible for the conduct of these individuals under the doctrine of respondeat superior, agency or apparent agency.

## COUNT 3

## NEGLIGENT TRAINING & SUPERVISION

21.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 20 above as if fully restated.

22.

Defendant was negligent in failing to adopt appropriate policies and procedures to make sure that appropriate inspections for hazardous conditions were performed on the premises and in failing to train its employees concerning safety procedures for inspecting and maintaining the premises free of hazards.

23.

Defendant was negligent in training and supervising its staff.

## DAMAGES

24.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 23 above as if fully restated.

25.

As a result of defendant's conduct, plaintiff has incurred past medical expenses and will continue to incur medical expenses in the future.

26.

As a result of defendant's conduct, plaintiff has incurred mental and physical pain and suffering and will continue to experience pain and suffering in the future.

-4-

27.

As a result of defendant's conduct, plaintiff has incurred past and future lost wages.

### CLAIMS FOR RELIEF

WHEREFORE, plaintiff prays that he has a trial on all issues and judgment against defendant as follows:

(a)     That plaintiff recover the full value of past and future medical expenses and past and future lost wages in an amount to be proven at trial;

(b)     That plaintiff recover for mental and physical pain and suffering and emotional distress in an amount to be determined by the enlightened conscience of the jury;

(c)     That plaintiff recover such other and further relief as is just and proper;

(d)     That all issues be tried before a jury.

This  9th    day of March, 2022

*THE DRESSIE LAW FIRM*

By: ___Ryan Rucker_____
**Ryan Rucker**
Georgia Bar No. *199347*
Attorney for Plaintiff
3500 Lenox Road
Suite 1500
Atlanta, GA 30326
Phone: 770.756.6333
Fax: 770.756.6680
E-mail: Ryan@DressieLaw.com

- 5 -

**General Civil and Domestic Relations Case Filing Information Form**

E-FILED IN OFFICE - EP
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
22-C-01394-S4
3/8/2022 2:43 PM
TIANA P. GARNER, CLERK

☐ Superior or ☒ State Court of __Gwinnett_____ County

| For Clerk Use Only | |
|---|---|
| Date Filed _____ | Case Number __22-C-01394-S4__ |
| **MM-DD-YYYY** | Case Number _____ |

**Plaintiff(s)**
Otisa    Ruben

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**
Target Corporation

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

Plaintiff's Attorney __Ryan Rucker_____    Bar Number __166347__    Self-Represented ☐

**Check One Case Type in One Box**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____    _____
Case Number              Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.
_____
_____

Version 1.1.18

 **CT Corporation**

**Service of Process Transmittal**
03/15/2022
CT Log Number 541229287

TO:   CATHY SCHUDA
      Target Corporation
      1000 NICOLLET MALL, MS: TPS-3155
      MINNEAPOLIS, MN 55403-2542

RE:   **Process Served in Georgia**

FOR:  Target Corporation  (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: RUBEN OLMOS // To: Target Corporation |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 22CD139454 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Lawrenceville, GA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/15/2022 at 14:13 |
| **JURISDICTION SERVED :** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/15/2022, Expected Purge Date: 03/20/2022<br><br>Image SOP<br><br>Email Notification,  Non Employee Litigation Target  gl.legal@target.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>289 S. Culver St.<br>Lawrenceville, GA 30046<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

# EXHIBIT "B"

**(Certificate of Incorporation, State of Minnesota)**

11-AA

## State of Minnesota

# SECRETARY OF STATE

*Certificate of Merger*

I, Mary Kiffmayer, Secretary of State of Minnesota, certify that: the documents required to effectuate a merger between the entities listed below and designating the surviving entity have been filed in this office on the date noted on this certificate; and the qualification of any non-surviving entity to do business in Minnesota is terminated on the effective date of this merger.

*Merger Filed Pursuant to Minnesota Statutes, Chapter: 302A*

*State of Formation and Names of Merging Entities:*

### MN:  DAYTON HUDSON CORPORATION

### MN:  TARGET CORPORATION

*State of Formation and Name of Surviving Entity:*

### MN:  DAYTON HUDSON CORPORATION

*Effective Date of Merger:*  1/30/2000---12:01 A.M.

*Name of Surviving Entity After Effective Date of Merger:*

### TARGET CORPORATION

*This certificate has been issued on:*  1/13/2000



Mary Kiffmayer
Secretary of State.

EXh. "D"

# EXHIBIT "C"

**(Notice of Removal filed by Target in State Court of Gwinnett County)**

THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

RUBEN OLMOS,                                    *
                                                *
              Plaintiff,                        *
                                                *         Civil Action No.
vs.                                             *         22-C-01394-S4
                                                *
TARGET CORPORATION,                             *
                                                *
              Defendants.                       *

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

TO:    CLERK, State Court of Gwinnett County

        Notice is hereby given that Target Corporation, defendant in the above-styled action, has

filed in the United States District Court for the Northern District of Georgia, Atlanta Division, a

notice of removal of this action to the United States District Court in accordance with the

provisions of 28 U.S.C. § 1441 and 28 U.S.C. § 1332. A copy of said notice is attached hereto as

Exhibit "A."

        This 13th day of April, 2022.

                                        DERMER APPEL RUDER, LLC

                                        /s/ Stephen Dermer
                                        Stephen Dermer
                                        Georgia Bar No. 219267
                                        Matthew A. Ericksen, Sr.
                                        Georgia Bar No. 304088
                                        Attorneys for Target Corporation

708 Holcomb Bridge Road
Norcross, GA 30071
Phone – (404) 881-3542
Fax – (404) 892-8886
sdermer@darlawllc.com
mericksen@darlawllc.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day I served all counsel of record to this action with a copy of the foregoing NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA using the Odyssey E-file system which will automatically send email notification of said filing to the following attorney of record:

Ryan Rucker
*The Dressie Law Firm*
3500 Lenox Road
Suite 1500
Atlanta, GA 30326
Email: <u>ryan@dressielaw.com</u>

This 13th day of April, 2022.

DERMER APPEL RUDER, LLC

*/s/ Stephen Dermer*
Stephen Dermer
Georgia Bar No. 219267
Matthew A. Ericksen, Sr.
Georgia Bar No. 304088
*Attorneys for Target Corporation*

708 Holcomb Bridge Road
Norcross, GA 30071
Phone - (404) 881-3542
Fax – (404) 892-8886
<u>sdermer@darlawllc.com</u>
<u>mericksen@darlawllc.com</u>